UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FRANCIS BURNS,

        Petitioner,

v.

B. EISCHEN,

        Respondent.

Civil No. 24-4270 (JRT/ECW)

**ORDER**

---

Francis Burns, Reg. No. 23385-509, FPC Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Ann Bildtsen, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2024, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Petitioner Francis Burns's request for habeas corpus relief (ECF No. 1) is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 23, 2025
at Minneapolis, Minnesota.

                                                  _____s/John R. Tunheim_____
                                                        JOHN R. TUNHEIM
                                                 United States District Judge